UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 26 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. |
| v. | ) | |
| RODNEY KEITH JONES, and CHARLES FLOWERS, | ) | 4:15CR403 HEA/SPM |
| Defendants. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning in or about September 2013, with the exact date unknown, in the Eastern District of Missouri, and elsewhere, the defendants,

**RODNEY KEITH JONES and CHARLES FLOWERS,**

did knowingly and intentionally combine, conspire, confederate, and agree, together with one or more other persons, whose identities are known and unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

The amount of heroin involved in the offense and attributable to each defendant by virtue of his own conduct and the conduct of co-conspirators reasonably foreseeable to him is in excess

of 100 grams, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B)(i).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney