UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 2 6 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| RODNEY KEITH JONES, and ) | 4:15CR403 HEA/SPM |
| CHARLES FLOWERS, ) | |
| ) | |
| Defendants. ) | |

### ORDER

It appearing to the Court that the following defendants to wit:

**RODNEY KEITH JONES, and
CHARLES FLOWERS,**

have been indicted by the Grand Jury, and that all of the defendants have not yet been taken into custody, nor have the defendants yet given bail for the defendants initial appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody or have been given bail for their initial appearance.

_____
UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2015.