FILED
AUG 26 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CR403 HEA/SPM |
| RODNEY KEITH JONES, and CHARLES FLOWERS, | ) |
| Defendants. | ) |

### GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Sirena Miller Wissler, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Sirena Miller Wissler*
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200