**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

*Organized Crime Drug Enforcement Task Force*

FILED
AUG 31 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RECEIVED
AUG 31 2015
U.S. District Court
Eastern District of MO

---

Sirena Miller Wissler
*Assistant United States Attorney*

*Thomas Eagleton U.S. Courthouse*
*111 S. 10th Street, Rm. 20.333*
*St. Louis, MO  63102*

OFFICE:  314-539-2200
DIRECT: 314-539-7670
FAX: 314-539-2312
sirena.wissler@usdoj.gov

August 31, 2015

Mr. Gregory J. Linhares
U.S. District Court Clerk
111 South 10th Street, 3rd Floor
St. Louis, MO 63102

Re: United States v. Rodney Keith Jones, et al.
Cause No. 4:15 CR 00403 HEA (SPM)

Dear Mr. Linhares:

The indictment returned by the Grand Jury in the above-captioned case on August 26, 2015, was ordered suppressed pending the apprehension of the defendant named therein.

One or more of the defendants have now been apprehended. Therefore, it is directed that the suppression order of this indictment be lifted.

Very truly yours,

RICHARD G. CALLAHAN
United States Attorney

*[signature]*

SIRENA MILLER WISSLER, #55374MO
Assistant United States Attorney

SMW/sas