# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **9/8/15**    Judge **Shirley Mensah - 13S**    Case No. **4:15CR403 HEA**

UNITED STATES OF AMERICA v. **Charles Flowers**

Deputy Clerk Initials: **LW**     Court Recorder: **L. Wooley**

Assistant United States Attorney: **Ed Dowd**

Attorney for Defendant: **Marc Johnsen**

Interpreter _____ ___ SEALED PROCEEDING

## Proceedings:
___ Initial Appearance
___ Initial Appearance Supervised Release
___ Rule 5(c)(3)Removal (Identity)
___ Detention Hearing
___ Preliminary Examination
___ Bond Execution/Appearance Bond
___ Bond Revocation
**✓ Arraignment**
___ In Court Hearing (WAIVER OF MOTIONS)
___ Motion Hearing
___ Evidentiary Hearing
___ Oral Argument/Non Evidentiary Hearing
___ Preliminary Revocation
___ Supervised Release
___ Probation
___ Change of Plea/Sentencing
___ Competency Hearing
___ Pretrial/Status Conference

Additional Information: **Status hearing 10/2/15 @ 10:30 AM (counsel only)**

## Initial Appearance:
Bond set in the amount of: $ _____    Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: SPM

Detention Hearing only scheduled: _____ @ _____ Before SPM

Arraignment Scheduled: _____ @ _____ Before _____

## Preliminary Revocation Hearing:
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

## Arraignment:
**✓** Defendant is sworn and arraigned

**✓** Waives reading of (indictment)/information

**✓** Not guilty plea entered. Order on pretrial motions to issue.

**✓** Motion for Extension of Time to File Pretrial Motions (GRANTED).
IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

Evidentiary Hearing Scheduled: _____ Before SPM in Courtroom 13S.

## Evidentiary Hearing:
_____ Defendant waives evidentiary hearing. ** Case referral termed.

_____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

_____ Hearing held. Testimony Heard. Motions taken under submission.

Trial Scheduled: **To Be Set**    Before **HEA**

_____ Remanded to custody    **✓** Released on bond

Proceeding commenced **3:14**    Proceeding concluded **3:21**