UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15CR403HEA(SPM) |
| ) | |
| RODNEY KEITH JONES AND ) | |
| CHARLES FLOWERS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

There shall be a status hearing in this case on **Monday,   October 5, 2015** at **11:00 A.M.** Counsel only need to be present.

**IT IS SO ORDERED.**

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this     2nd        day of   October, 2015.