UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15CR403HEA(SPM) |
| ) | |
| RODNEY KEITH JONES AND ) | |
| CHARLES FLOWERS, ) | |
| ) | |
| Defendants. ) | |

**AMENDED ORDER**

Due to scheduling conflicts, the status hearing in this case is **RE-SCHEDULED** on **Tuesday,  October 6, 2015** at **11:15 A.M.**   Counsel only need to be present.

**IT IS SO ORDERED.**

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this     2nd      day of   October, 2015.