UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE SHIRLEY P. MENSAH
COURTROOM PROCEEDING 13 SOUTH
COURTROOM MINUTE SHEET CRIMINAL

CASE NO.     4:15cr403-HEA-SPM

STYLE:     USA v. Rodney Keith Jones and Charles Flowers

DATE:     10/6/2015

Court Reporter:     FTR

Deputy Clerk:     Cheryl Ritter

Attorney for Government:     Sirena Wissler

Attorney for Defendant Jones (1):     Felicia Jones

Attorney for Defendant Flowers (2):     Not present


(X)   Attorneys present for hearing on:

Status Conference.   Defendants are not present in court.   The Court extends the deadline for filing Criminal Pretrial Motions as to Rodney Jones.   Criminal Pretrial Motions due by 10/30/15.


Proceeding Commenced and Ended:   11:26 a.m – 11:28 a.m.