UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:15-cr-403-2 HEA (SPM) |
| | ) | |
| CHARLES FLOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

## THIRD MOTION TO EXTEND THE TIME IN WHICH TO FILE PRETRIAL MOTIONS

COMES NOW Defendant, Charles Flowers, by and through counsel, and hereby moves this Court to extend the time in which to file pretrial motions by a period of three (3) weeks.  In support of this motion, Defendant states as follows:

1.      Defendant was arraigned on September 8, 2015 on an alleged violation of title 21 U.S.C. § 841(a)(1).

2.      Counsel for Defendant has received discovery, consisting of five (5) discs with many recorded calls.  Counsel has reviewed this material in its entirety.

3.      Counsel has sent a copy of the material to Defendant for his review.

4.      Defendant has reviewed everything except for two discs which would not play. Defendant picked up new copies of those discs from counsel today.

5.      Additionally, counsel has been in communication with the government in the hope of coming to an agreed upon disposition that would obviate the need for motions, but those discussions are incomplete.

6.      Counsel requests additional time to complete his review of the material and continue discussions with the government.

7.      For these reasons, Defendant files the instant motion.

8.      For this same reason, the instant motion is necessary to provide counsel for the "defendant...the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, "the ends of justice served by [granting this motion] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

9.      Defendant, through counsel, attempted to speak with Assistant United States Attorney Sirena Wissler.  Ms. Wissler, however, was unavailable.

WHEREFORE, Defendant respectfully requests this Honorable Court extend the time in which to file pretrial motions by a period of three (3) weeks.


                                        Respectfully submitted,

                                        ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

                        By:     /S/ Marc M. Johnson
                                MARC M. JOHNSON, #58065 MO
                                Attorney for Defendant
                                120 S. Central Avenue, Suite 130
                                Clayton, Missouri 63105
                                (314) 862-4332/Facsimile (314)862-8050


**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2015, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Sirena Wissler assistant United States attorney.


2