UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:15-cr-403-2 HEA (SPM) |
| | ) |
| CHARLES FLOWERS, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF FILING PRETRIAL MOTIONS

COMES NOW Defendant, Charles Flowers, by and through counsel, and states that no motions will be filed in the above-styled cause for the following reasons:

a.  There are no issues that defendant wishes to raise by way of pretrial motions;

b.  Counsel has personally discussed this matter with the defendant; and

c.  Defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /S/ Adam D. Fein
Adam D. Fein, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2015 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Sirena Wissler, assistant United States attorney.