# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __1/4/16__   Judge __Shirley Mensah - 13S__   Case No. __4:15 CR 403 HEA__

UNITED STATES OF AMERICA v. ___Charles Flowers___

Deputy Clerk: ___L. Wooley___   Court Recorder: __FTR__

Assistant United States Attorney: ___Sirena Wissler___

Attorney for Defendant: ___Adam Fein___

Interpreter _____   _____ SEALED PROCEEDING

**Proceedings:**
- ____ Initial Appearance
- __✓__ In Court Hearing **(WAIVER OF MOTIONS)**
- ____ Change of Plea/Sentencing
- ____ Initial Appearance Supervised Release
- ____ Motion Hearing
- ____ Competency Hearing
- ____ Rule 5(c)(3) Removal (Identity)
- ____ Evidentiary Hearing
- ____ Pretrial/Status Conference
- ____ Detention Hearing
- ____ Oral Argument/Non Evidentiary Hearing
- ____ Preliminary Examination
- ____ Preliminary Revocation
- ____ Bond Execution/Appearance Bond
- ____ Supervised Release
- ____ Bond Review
- ____ Probation
- ____ Arraignment

Additional Information: _____

## Initial Appearance:
Bond set in the amount of: $ _____   Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____   Before: SPM

Detention Hearing only scheduled: _____ @ _____   Before SPM

Arraignment Scheduled: _____ @ _____   Before _____

## Preliminary Revocation Hearing:
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ @ _____   Before _____

## Arraignment:
____ Defendant is sworn and arraigned

____ Waives reading of indictment/information

____ Not guilty plea entered. Order on pretrial motions to issue.

____ Motion for Extension of Time to File Pretrial Motions (GRANTED).
    IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

All Pretrial Motions/ Waiver of Motions due no later than _____.

Evidentiary Hearing is set for: _____ @ _____   Before: SPM

## Evidentiary Hearing:
__✓__ Defendant waives evidentiary hearing. ** Case referral termed

____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

____ Hearing held. Testimony heard. Motions taken under submission.

**Trial Scheduled:** ___2/8/16 @ 9:30 am___   Before __HEA__

_____ Remanded to custody   __✓__ Released on bond

Proceeding commenced __10:35 am__   Proceeding concluded __10:44 am__