UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:15CR403HEA(SPM) |
| **CHARLES FLOWERS-2** RODNEY KEITH JONES-1, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM FOR COURT

Counsel for defendant advises the Court that he/she believes he/she has received from the government all discovery to which he/she is legally entitled.

After review of the discovery, counsel for defendant has determined that it is in defendant's best interest ( ✓ not to file pretrial motions) ( __ to withdraw all previously filed pretrial motions.)

Counsel for defendant has discussed these matters with defendant.

------

Defendant has discussed these matters with counsel and understands the reasons for the determination ( ✓ not to file pretrial motions) ( __ to withdraw all previously filed pretrial motions).

Defendant agrees that it is in his/her best interest to waive his/her right to have pretrial motions filed or to have pretrial motions considered by the Court.

Defendant waives his/her right to have pretrial motions filed or to have pretrial motions considered by the Court.

Defendant waives his/her right to have an Evidentiary Hearing.

_____
Counsel
Date:  1/4/16

_____
Defendant
Date:  1-4-16

------

After record made in open court, the Court finds that defendant's waiver of his/her right to have pretrial motions filed or considered by the Court and defendant's waiver of Evidentiary Hearing is knowingly and voluntarily made.

Trial in this case is set, **as to both defendants in this case, on February 8, 2016** at **9:30 A.M.** before the **Honorable Henry E. Autrey**.

Date:  1-4-2016

_____
Shirley Padmore Mensah
United States Magistrate Judge