UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CR403  HEA |
| CHARLES FLOWERS, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the change of plea hearing is set in this matter for March 17, 2016, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 8th day of March, 2016.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE