Courtroom Minute Sheet
# ARRAIGNMENT/PLEA/CHANGE OF PLEA
# WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date 3/17/16                         Case No. 4:15CR00403 HEA
UNITED STATES OF AMERICA vs. CHARLES FLOWERS
Judge AUTREY                                  Court Reporter
Deputy Clerk K. Shirley                       Interpreter
Assistant United States Attorney(s) Sirena Wissler
Attorney(s) for Defendant Adam Fein

**Arraignment/Waiver of Indictment/Plea:**
- [ ] Defendant sworn.  Defendant's age_____  Education_____
- [ ] Defendant waives assistance of counsel  [ ] Waiver filed
- [ ] Defendant signs waiver of indictment and consents to proceed by information
- [ ] Criminal [ ] superseding [ ] information [ ] indictment filed
- [ ] Defendant waives reading of indictment/information [ ] Defendant arraigned
- [ ] Defendant enters a plea of [ ] GUILTY [ ] NOT GUILTY
    to counts_____ of the [ ] superseding [ ] indictment [ ] information
- [ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**
- [ ] The Court finds the defendant competent to enter a plea of guilty.
- [ ] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) _____ of the [ ] superseding [ ] information [ ] indictment
- [ ] Guilty Plea Agreement filed  [ ] Guilty Plea Agreement filed under seal
- [ ] Ordered that count(s)_____ be held in abeyance until sentencing
- [ ] Ordered that pending motions as to defendant_____ are denied as moot
- [x] ~~Sentencing set~~ Plea Continued  4/14/16  at  11:00 AM
- [ ] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
- [ ] Defendant is remanded to custody [ ] Defendant is released on existing bond

Probation Officer_____

Proceedings commenced  11:35 AM  concluded at  11:35 AM