**Courtroom Minute Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA**
**WAIVER OF INDICTMENT/PLEA PROCEEDINGS**

Date __4/14/2016__ Case No. __4:15CR0403-HEA-2__
UNITED STATES OF AMERICA vs. __Charles Flowers__
Judge __Henry E. Autrey__ Court Reporter __G. Madden__
Deputy Clerk __CLK__ Interpreter _____
Assistant United States Attorney(s) __Sirena Wissler__
Attorney(s) for Defendant __Adam Fein__

**Arraignment/Waiver of Indictment/Plea:**
☑ Defendant sworn. Defendant's age __43__ Education __11th Grade Education__
☐ Defendant waives assistance of counsel ☐ Waiver filed
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information ☐ Defendant arraigned
☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY
  to counts _____ of the ☐ superseding ☐ indictment ☐ information __
☐ Pretrial Motions Order ☐ issued ☐ to issue

**Change of Plea:**
☑ The Court finds the defendant competent to enter a plea of guilty.
☑ By leave of Court, the defendant withdraws former plea of not guilty and enters
  a plea of guilty to count(s) __2__ of the ☐ superseding ☐ information ☑ indictment
☑ Guilty Plea Agreement filed ☐ Guilty Plea Agreement filed under seal
☐ Ordered that count(s) _____ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant _____ are denied as moot
☑ Sentencing set __7/12/2016__ at __10:45am__
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE _____
☐ Defendant is remanded to custody ☑ Defendant is released on existing bond

Probation Officer __present__

Proceedings commenced __11:01 AM__   concluded at __11:21 AM__