UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet: *SENTENCING PROCEEDINGS*
before *United States District Judge*

CASE NUMBER: **15 cr 403**  DATE: **8-17-16**
Court Reporter **G.M.**  Courtroom Deputy **Cabrans**

| Plaintiff (s) **USA** | Defendant (s) **Charles Flowers** |
|---|---|
| Plaintiff Attorney(s) **E. Granger** | Defendant Attorney(s)  ( ) cja   ( )pda   ( ) ret  **A. Fein** |

Interpreter: _____  ( *IUR form forwarded to Finance Unit* )

Probation Officer present in courtroom: _____

- ☑ Defendant/Parties present for imposition of sentence.
- ☑ Plea Agreement adopted and accepted by the Court.
- ☑ No objections to Presentence Report filed by either party.
- ☐ Objections to PSR filed by  ☐ Defendant   ☐ Government:
  - ☐ After hearing arguments, the Court  ☐ overruled   ☐ granted  objections _____
  - Other: _____
  - ☐ PSR to be amended
- ☑ PSR adopted and accepted by the Court and to be filed *Under Seal*.
- ☐ Downward departure motion filed by  ☐ Government   ☐ Defendant
  - The Court  ☐ Granted   ☐ Denied  the motion for downward departure
- ☑ Sentence imposed - See Judgment
- ☐ Count(s) _____ dismissed upon the motion of the AUSA.
- ☐ Defendant Remanded to custody of USM
- ☐ Defendant granted a Voluntary Surrender to the institution for incarceration as notified by USM
  - ☐ Surrender date: _____
- ☑ Defendant released on Probation pending processing by USM
- ☐ _____

Courtroom time: **11:05**  To  **11:12**